UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAWN MAILLES,**

    **Plaintiff,**

v.                                         **Case # 8:17-cv-00160-MSS-AEP**

**METROPOLITAN LIFE
INSURANCE COMPANY and
MICRO MATIC USA, INC.**

    **Defendants.**
_____/

## NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE CLOSURE

The Plaintiff, Dawn Mailles, by and through his undersigned attorney, hereby advises the court that the parties have reached an amicable settlement in principle. The parties have not consummated a resolution of this case, and the Plaintiff requests that the court administratively close this matter for 60 days pending a resolution of all paperwork related to the parties' settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 26, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Stephanie Segalini, Esquire, Hinshaw & Culbertson LLP, 100 South Ashley Drive, Suite 500, Tampa, FL, 33602-5301.

                                                      **s/ William C. Demas**
                                                      WILLIAM C. DEMAS, ESQUIRE
                                                      Florida Bar #: 0142920
                                                      Attorney for Plaintiff and Trial Counsel
                                                      TUCKER & LUDIN, P.A.
                                                      5235 16th Street North
                                                      St. Petersburg, FL 33703
                                                      Tel.:   (727) 572-5000
                                                       Fax:   (727) 571-1415
                                                      demas@tuckerludin.com