# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DAWN MAILLES,**

       **Plaintiff,**              **CASE NO: 8:17-CV-160-T-35-AEP**

vs.

**METROPOLITAN LIFE INSURANCE COMPANY and MICRO MATIC USA, INC.,**

       **Defendants.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Dawn Mailles, and Defendants, Metropolitan Life Insurance Company and Micro Matic USA, Inc., by and through their undersigned attorneys, hereby stipulate and agree that this action in its entirety shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this _____ day of June, 2017.

| | |
|---|---|
| */s/William C. Demas* | */s/ Stephanie A. Segalini* |
| William C. Demas, Esq. | Stephanie A. Segalini, Esquire |
| Tucker & Ludin, P.A. | Florida Bar No. 092630 |
| 5235 16th street North | Hinshaw & Culbertson LLP |
| St. Petersburg, FL 33703 | 100 South Ashley Drive, Suite 500 |
| Telephone: (727) 572-5000 | Tampa, FL 33602 |
| Facsimile: (727) 571-1415 | Telephone: (813) 276-1662 |
| Primary: demas@tuckerludin.com | Facsimile: (813) 276-1956 |
| Secondary: diana@tuckerludin.com | Primary: ssegalini@hinshawlaw.com |
| | Secondary: cynthiablack@hinshawlaw.com |
| | ccampos@hinshawlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

> William C. Demas, Esq.
> Tucker & Ludin, P.A.
> 5235 16th street North
> St. Petersburg, FL 33703
> Telephone: 727-572-5000
> Fax: 727-571-1415
> Email: demas@tuckerludin.com
> Diana@tuckerludin.com

> */s/ Stephanie A. Segalini*
> Stephanie A. Segalini
> Florida Bar No. 092630

300020853v1 0995161